## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

_____
)
OCTAL INC., *et al.*, )
)
)
*Plaintiffs*, )
)
v. )
) Court No. 22-00352
UNITED STATES, )
)
*Defendant*, )
)
)
APG POLYTECH LLC, *et al.*, )
)
*Defendant-Intervenors*. )
_____)

### DEFENDANT'S NOTICE REGARDING COMMERCE'S RESOLUTION OF MINISTERIAL ERROR ALLEGATION

On January 25, 2023, defendant, the United States, filed a motion to request that the Court permit the United States Department of Commerce (Commerce) to consider a ministerial error allegation filed by plaintiff OCTAL SAOC-FZC and, if necessary, to publish amended final results. *See* Def. Mot. for Leave, ECF No. 18. The following day, on January 26, the Court granted defendant's motion. *See* Order, ECF No. 19. In the January 26 order, the Court directed Commerce to "consider the ministerial error allegation and, if necessary, publish amended final results within forty-five days" of the date of the order. *Id.* Commerce was also ordered to "file the index to the administrative record within 14 days of publishing amended final results or of Defendant notifying the court that Commerce has determined that no ministerial error correction was necessary." *Id.*

Consistent with the Court's direction in the January 26 order, the United States hereby notifies the Court that Commerce made no correction to its final results in the 2020-2021 administrative review of PET Resin from Oman. As indicated in Commerce's March 10, 2023, memorandum filed on Commerce's ACCESS system, Commerce determined that OCTAL SAOC-FZC's allegation was untimely. Consequently, Commerce is not amending its final results, and no amended final results will be published.

                Respectfully Submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                PATRICIA M. McCARTHY
                Director

                <u>/s/ Franklin E. White, Jr.</u>
                FRANKLIN E. WHITE, JR.
                Assistant Director

| OF COUNSEL: | <u>/s/ Daniel F. Roland</u> |
|---|---|
| | DANIEL F. ROLAND |
| ALEXANDER FRIED | Trial Attorney |
| Staff Attorney | Commercial Litigation Branch |
| Office of the Chief Counsel | Civil Division |
|   for Trade Enforcement & Compliance | U.S. Department of Justice |
| U.S. Department of Commerce | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: 202-305-0514 |
| | Email: daniel.f.roland@usdoj.gov |
| March 13, 2023 | Attorneys for Defendant |