FORM 7A

# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before:* **The Honorable Richard K. Eaton, Judge**

| | |
|---|---|
| OCTAL INC., OCTAL SAOC-FZC, | )<br>)<br>) |
| *Plaintiffs*, | )<br>)<br>) |
| v. | )<br>)<br>) |
| UNITED STATES, | )<br>) **Court No. 22-00352** |
| *Defendant*, | )<br>)<br>) |
| APG POLYTECH, LLC, INDORAMA VENTURES USA, INC., and NAN YA PLASTICS CORPORATION, AMERICA, | )<br>)<br>)<br>) |
| *Defendant-Intervenors.* | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs OCTAL Inc. and OCTAL SAOC-FZC, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: May 30, 2023      /s/  Daniel L. Porter

Daniel L. Porter
**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
1717 Pennsylvania Avenue, NW, Suite 1300
Washington, DC 20006
Phone: (202) 452-7325
Email: dporter@curtis.com
*Counsel to OCTAL Inc., and OCTAL SAOC-FSZ*

FORM 7A

# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before:* **The Honorable Richard K. Eaton, Judge**

| | |
|---|---|
| OCTAL INC., OCTAL SAOC-FZC, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> *Defendant*, ) <br> ) <br> APG POLYTECH, LLC, INDORAMA ) <br> VENTURES USA, INC., and NAN YA ) <br> PLASTICS CORPORATION, AMERICA, ) <br> ) <br> *Defendant-Intervenors*. ) | Court No. 22-00352 |

## [ORDER OF DISMISSAL]

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____  
New York, New York

Clerk, U.S. Court of International Trade

By:_____  
    Deputy Clerk