FORM 7A

# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before:* **The Honorable Richard K. Eaton, Judge**

|  |  |
|---|---|
| OCTAL INC., OCTAL SAOC-FZC, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 22-00352 |
| *Defendant*, | ) |
| APG POLYTECH, LLC, INDORAMA VENTURES USA, INC., and NAN YA PLASTICS CORPORATION, AMERICA, | ) |
| *Defendant-Intervenors.* | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs OCTAL Inc. and OCTAL SAOC-FZC, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: May 30, 2023             /s/  Daniel L. Porter

Daniel L. Porter
**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
1717 Pennsylvania Avenue, NW, Suite 1300
Washington, DC 20006
Phone: (202) 452-7325
Email: dporter@curtis.com
*Counsel to OCTAL Inc., and OCTAL SAOC-FSZ*

FORM 7A

# UNITED STATES COURT OF INTERNATIONAL TRADE
*Before:* **The Honorable Richard K. Eaton, Judge**

| | |
|---|---|
| OCTAL INC., OCTAL SAOC-FZC, )<br>   )<br>   *Plaintiffs*, )<br>   )<br>   v. )<br>   )<br>UNITED STATES, )<br>   )<br>   *Defendant*, )<br>   )<br>APG POLYTECH, LLC, INDORAMA )<br>VENTURES USA, INC., and NAN YA )<br>PLASTICS CORPORATION, AMERICA, )<br>   )<br>   *Defendant-Intervenors.* ) | Court No. 22-00352 |

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:  May 30, 2023  
New York, New York

Clerk, U.S. Court of International Trade

By: /s/ Casey A. Cheevers  
Deputy Clerk